**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| Jaclyn Perkins, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action File No.: |
| | ) | 1:20-cv-03053-ELR-LTW |
| v. | ) | |
| | ) | |
| Nationwide Recovery Service, Inc., | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Plaintiff, Jaclyn Perkins, in accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby voluntarily dismisses, **without prejudice**, all claims against Defendant in this case.  As indicated by the signature of its counsel below, Defendant stipulates to Plaintiff's voluntary dismissal of the instant matter.

It is further stipulated that each party shall bear its own costs and attorneys' fees incurred in this matter.

This 23rd day of November, 2020.

*[Signatures Appear on Following Page]*

1

**BERRY & ASSOCIATES**

*/s/ Chris Armor*
Chris Armor
Georgia Bar No.: 614061
CArmor@mattberry.com
Telephone: (470) 319-4055
2751 Buford Highway, Suite 600
Atlanta, GA 30324
*Counsel for Plaintiff*

**SCRUDDER, BASS, QUILLIAN, HORLOCK, TAYLOR & LAZARUS LLP**

*/s/ Glenn S. Bass*
Glenn S. Bass, GA Bar No.: 041220
gbass@scrudderbass.com
Telephone: (770) 612-9200
900 Circle 75 Parkway, Suite 850
Atlanta, GA 30339
*Counsel for Defendant*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 24, 2020, I caused the electronic filing of the foregoing document to be filed with the Clerk of the Court using the CM/ECF system, which will automatically send e-mail notifications of such filing to all attorneys of record that have appeared in this case.

BERRY & ASSOCIATES

*/s/ Chris Armor*
Chris Armor
Georgia Bar No.: 614061
CArmor@mattberry.com

2751 Buford Highway, Suite 600
Atlanta, GA 30324
*Counsel for Plaintiff*